IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HSBC BANK USA, NATIONAL
ASSOCIATION,

        Plaintiff,

    v.

KEVIN R. THOMPSON et al,

        Defendants.

No. 3:13-cv-01603-ST

ORDER

Emilie K. Edling
Sara A.H. Sayles
Houser & Allison, APC
9600 SW Oak St, Ste 570
Portland, OR 97223

    Attorneys for Plaintiff

Terry Scannell
Law Office of Terry Scannell
1500 SW Taylor St
Portland, OR 97205

/ / /
/ / /
/ / /

1 - ORDER

James P. Laurick
Kilmer Voorhees & Laurick, PC
732 NW 19th Ave
Portland, OR 97209

      Attorneys for Defendants

HERNÁNDEZ, District Judge:

      Magistrate Judge Stewart issued a Findings and Recommendation [52] on July 10, 2014 in which she recommends that the Court grant Plaintiff's motion for entry of default judgment against Defendant Mortgage Electronic Registration Systems, Inc. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

      The Court adopts Magistrate Judge Stewart's Findings and Recommendation [52]. Therefore, Plaintiff's motion for entry of default judgment against Defendant Mortgage Electronic Registration Systems, Inc. [50] is granted.

      IT IS SO ORDERED.

      DATED this 6 day of August, 2014.

                                        MARCO A. HERNÁNDEZ
                                        United States District Judge

2 - ORDER